# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**UNITED STATES OF AMERICA**

v.                      CRIMINAL ACTION NO. 2:97-00117

**SHEDDRIC LE MAINE WOODS**

## SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
## MEMORANDUM OPINION AND ORDER

On February 5, 2019, the United States of America appeared by Christopher R. Arthur, Assistant United States Attorney, and the defendant, Sheddric Le Maine Woods, appeared in person and by his counsel, John A. Carr, for a hearing on the petition seeking revocation of supervised release submitted by United States Probation Officer Patrick M. Fidler. The defendant commenced a five-year term of supervised release in this action on February 2, 2018, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on January 13, 1998.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of supervised release in the following respect: the defendant used and possessed controlled substances as evidenced by a positive urine specimen submitted by him on April 4, 2018, for marijuana and cocaine, the defendant having admitted to the probation officer that he used both substances on April 1, 2018; his admission to the probation officer on April 11, 2018, that he had smoked cocaine base approximately five or six times, marijuana approximately four or five times and methamphetamine approximately two or three times; and his admission to the probation officer on May 2, 2018, that he had smoked marijuana and cocaine base on or about April 30, 2018; all as admitted by the defendant on the record of the hearing and all as set forth in Violation No. 2 of the petition on supervised release. The government did not proceed with Violation No. 1.

And the court finding, as more fully set forth on the record of the hearing, that the violation warrants revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violation if supervised release were not

revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of **TWELVE MONTHS AND ONE DAY**, to be followed by a term of four (4) years less one day of supervised release upon the standard conditions of supervised release now in effect in this district as promulgated by the Administrative Office of the United States Courts (National Form AO 245B), the standard conditions as set forth in Local Rule 32.3 and the special conditions that he participate in substance abuse counseling and treatment, and submit to random urine screens as directed by the probation officer.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: February 6, 2019

John T. Copenhaver, Jr.
Senior United States District Judge