UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION NO. 2:97-00117

**SHEDDRIC LE MAINE WOODS**


### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On November 6, 2019, and November 14, 2019, the United States of America appeared by Negar M. Kordestani, Assistant United States Attorney, and the defendant, Sheddric Le Maine Woods, appeared in person and by his counsel, John A. Carr, for a hearing on the petition seeking revocation of supervised release and amendment thereto submitted by United States Probation Officer Patrick M. Fidler.  The defendant commenced a four-year less one day term of supervised release in this action on March 23, 2019, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on February 6, 2019.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of supervised release in the following respects:  1) the defendant repeatedly used and possessed controlled substances as evidenced by positive urine specimens submitted by him on July 30, 2019, for marijuana, and on June 10, August 6 and September 4, 2019, for marijuana and cocaine; on June 10, 2019, he admitted to the probation officer that he had used a marijuana "blunt" laced with cocaine sometime around that date and on September 4, 2019, he admitted to the probation officer that he was using each cocaine and marijuana one or two times a week; 2) on May 1, 2019, he admitted to the probation officer that he used approximately two "lines" of powder cocaine approximately one to two weeks prior thereto and smoked three to four marijuana "blunts" two or three times a week, and on August 19, 2019, he admitted to the probation officer to using cocaine approximately four or five days prior thereto and to using cocaine and marijuana around the end of July 2019; 3) he admitted that while in jail from September 7, 2019, until September 13, 2019, he had used cocaine and marijuana; 4) the defendant was found to be in knowing

possession of a controlled substance on September 24, 2019, without a prescription, for which he was convicted in Fayette County, West Virginia, Magistrate Court on or about September 30, 2019; and 5) the defendant committed battery in violation of W.Va. Code § 61-2-9(c), by knowingly and intentionally using physical force to cause physical injury to each Kevin Calloway and Angela Woodrum on September 7, 2019; all as set forth in the petition on supervised release and the amendment thereto and by the court's findings on the record of the hearing.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the

defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of TWENTY FOUR (24) MONTHS LESS ONE DAY, with no further term of supervised release imposed.  Further, it is recommended to the Bureau of Prisons that there be made available to the defendant a comprehensive residential drug treatment program, as well as an anger management course, while incarcerated.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED:  November 27, 2019

_____
John T. Copenhaver, Jr.
Senior United States District Judge